[No. 15945.   Department One.   June 25, 1920.]

THE STATE OF WASHINGTON, *Respondent*, v. F. A. BROWN *et al.,*
*Appellants.*[1]

Motion to dismiss an appeal from a judgment of the superior
court for Benton county, Truax, J., entered February 7, 1920.
Denied.

*Ralph S. Pierce,* for appellants.
*G. W. Hamilton,* for respondent.

PER CURIAM.—This is a motion to dismiss the appeal because the
appellants have not served and filed a brief within the time limited
by law, or at all.   The same excuse for failure to file the brief in
this case is made as in the case of *State v. Terrien, ante* p. 345, 190
Pac. 1017.   Upon the authority of that case, the motion to dismiss
the appeal will be denied, and the appellants be given until August
1, 1920, to perfect their appeal in this court.

———————

[No. 15926.   Department One.   June 25, 1920.]

THE STATE OF WASHINGTON, *Respondent*, v. FRED SUTTLE, *Appellant.*[1]

Motion to dismiss an appeal from a judgment of the superior
court for Kittitas county, Davidson, J., entered January 29, 1920.
Denied.

*Arthur McGuire, C. R. Hadley,* and *E. K. Brown,* for respondent.

PER CURIAM.—This is a motion to dismiss the appeal, and presents
the same questions as the case of *State v. Terrien, ante* p. 345, 190
Pac. 1017.   Upon the authority of that case, the appellant will be
given until August 1, 1920, to perfect his appeal in this court.

[1]Reported in 190 Pac. 1018.